UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA OWENS,

        Plaintiff,

Case No. 10-13428

HONORABLE AVERN COHN

v.

CHARLES RILEY, CHARLES RILEY & ASSOCIATES and GREENFIELD SUPERMARKET,

        Defendants.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant Greenfield Supermarket and against the plaintiff and case is DISMISSED.

DAVID WEAVER

Dated: March 10, 2011        By: s/Julie Owens
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Melissa Owens, 28044 Fortson Lane, Inkster, MI 48141 and the attorneys of record on this date, March 10, 2011, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160